**THE FLEISHMAN LAW FIRM**
CHARLES J. FLEISHMAN (SBN 46405)
PAUL A. FLEISHMAN (SBN 251657)
A Professional Corporation
21243 Ventura Blvd. #141
Woodland Hills, CA 91364
erisa@erisarights.com
Telephone: (818) 805-3161
FAX: (818) 805-3163
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LONGINOTTI | Case No. <u>CV 16-7564-GW(RAOx)</u> |
| Plaintiff, | JUDGMENT |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive; | |
| Defendants. | |

The Court, having considered written and oral argument from all parties, hereby orders judgment entered as follows:

The Defendant, AETNA LIFE INSURANCE COMPANY (AETNA), shall pay to the Plaintiff all accrued unpaid benefits plus interest due him under its long term disability (LTD) insurance policy covering Sonic Industries employees to such future date when it shall determine that he is no longer entitled to benefits under the Plan. The defendant is ordered to pay timely to the Plaintiff all future benefits due him for so long as he is eligible for such benefits under the terms of the (LTD) Plan.

AETNA shall also reinstate Plaintiff's coverage under its life insurance Plan retroactive to the date it was terminated so that there was no lapse since it became effective on July 1, 2015, and shall waive Plaintiff's premiums under the life insurance Plan until such time as Plaintiff is no longer eligible to receive premium waivers under the terms of the respective Plan.

Plaintiff shall make a motion to the court for reasonable attorney fees in accordance with federal law and the local rules, to recover costs, and to set the interest rate on the arrears owed to him.

Dated: March 26, 2018

_____
GEORGE H. WU, U.S. District Judge